UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY, a political subdivision of the State of New Jersey,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, ACE WESTCHESTER SPECIALTY GROUP, and Fictitious Corporations 1 through 10,<br><br>Defendants. | Civ. Action No.<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441

To the Clerk of the Above-Captioned Court:

Please take notice that Defendant Westchester Fire Insurance Company, also erroneously sued as ACE Westchester Specialty Group, which is merely a trade name denominating a business division of ACE and not a legal entity), by and through its undersigned attorneys, Clyde & Co. US LLP, respectfully petitions this Court for removal of the above-captioned action from the Superior Court of the State of New Jersey, Middlesex County, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§1332, 1441 and 1446. As the basis and support for such removal, Defendant states as follows:

1. On August 29, 2012, Plaintiff filed a Complaint against Defendant docketed as *Old Bridge Municipal Utilities Authority v. Westchester Fire Insurance Company, et al.*, Docket No. L-5952-12, Superior Court of New Jersey, Middlesex County (the "Complaint"). A copy of the Complaint is attached hereto as Exhibit "A."

516228v2

2. On September 18, 2012, Westchester Fire Insurance Company was served with the Complaint.

3. This Notice of Removal is being filed within 30 days after first service of the Complaint upon the Defendant, which is the date from which it was first ascertainable that the case is or has become removable. This Notice of Removal thus is timely filed under 28 U.S.C. § 1446(b).

4. Plaintiff Old Bridge Municipal Utilities Authority, as averred in the Complaint, is an independent political subdivision of the State of New Jersey. Accordingly, under 28 U.S.C. §1332, Plaintiff is a citizen of New Jersey.

5. At the time the Complaint was filed, Defendant Westchester Fire Insurance Company was, and still is, a Pennsylvania corporation with its principal place of business in Pennsylvania. Accordingly, under 28 U.S.C. §1332, Westchester Fire Insurance Company is a citizen of Pennsylvania.

6. Defendant is not a citizen of the State of New Jersey.

7. The United States District Court for the District of New Jersey has original jurisdiction over this case where the parties' citizenship is diverse, and the amount in controversy exceeds $75,000, exclusive of interest and costs. See 28 U.S.C. §1332(a).

8. Complete diversity exists because the citizenship of Plaintiff is completely diverse from the citizenship of Defendant.

9. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10. Although Plaintiff's Complaint does not make a specific monetary demand, the Complaint seeks coverage under an insurance policy with limits in excess of $75,000 for underlying claims that far exceed $75,000. Given the allegations set forth in

the Complaint with its exhibit, it is readily apparent that the jurisdictional amount in controversy is met.

11. Accordingly, this action is one over which this Court has original jurisdiction under the provisions of § 1332, and is one which may be removed under 28 U.S.C. § 1441(a) and (b), for the reason that it is a civil action in which the amount of controversy exceeds the sum of $75,000, exclusive of interests and costs, and it is between citizens of different states and in which a citizen or subject of a foreign state is an additional party.

12. Written notice of the filing of this Notice of Removal will be given to all parties, and a true and correct copy will be filed with the Clerk of the Court, New Jersey Superior Court, Middlesex County, pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Defendant Westchester Fire Insurance Company, also erroneously sued as ACE Westchester Specialty Group, which is merely a trade name denominating a business division of ACE and not a legal entity), gives notice that the above-captioned action commenced against it in the Superior Court of New Jersey, Middlesex County (Case No. L-5952-12) has been removed to this Court.

Respectfully submitted,

**CLYDE & CO. US LLP**

By: /s/ Marianne May
Daren S. McNally (DM5551)
daren.mcnally@clydeco.us
Marianne May (MM7717)
marianne.may@clydeco.us
200 Campus Drive, Suite 300
Florham Park, NJ 07932
T (973) 210-6700
F (973) 201-6701

Attorneys for Defendant

Dated: October 4, 2012