UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY,

        Plaintiff,

v.

WESTCHESTER FIRE INSURANCE CO., et al.,

        Defendants.

Civil Action No. 12-6232 (MAS) (TJB)

**ORDER**

This matter comes before the Court on separate motions for summary judgment by Plaintiff Old Bridge Municipal Utilities Authority ("OBMUA") and Defendants Westchester Fire Insurance Company and Ace Westchester Specialty Group (collectively, "Defendants"). (ECF Nos. 51, 52.) The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this ___ day of July 2016, **ORDERED** that:

1. Plaintiff's motion for summary judgment (ECF No. 51) is DENIED;

2. Defendants' motion for summary judgment (ECF No. 52) is GRANTED;

3. Judgment is entered in favor of Defendants;

4. Plaintiff's Complaint against Defendants is dismissed with prejudice; and

5. The Clerk of the Court shall CLOSE this case.

                                                    _____
                                                    MICHAEL A. SHIPP
                                                    UNITED STATES DISTRICT JUDGE